summons-VJ-04-04

**RECEIVED AND FILED**

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

JUL 9  3 09 PM '04

UNITED STATES
BANKRUPTCY COURT
PATRICIA GRAY
CLERK

| | |
|---|---|
| In re<br>RALPH TERRY DONAHUE,<br><br>                         Debtor<br><br>STAN PACK, CHAPTER 7 TRUSTEE,<br>                         Plaintiff<br><br>JOHN JONES,<br>                         Defendant | Bankruptcy Case No. BK-S-03-19374 VJ<br>Chapter 7<br><br>**ADVERSARY**<br>Adversary Proceeding No.<br>**04-1219** |

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | CLERK, U.S. BANKRUPTCY COURT<br>THE FOLEY FEDERAL BUILDING<br>300 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | James F. Lisowski, Sr., Esq.<br>Donna M. Osborn, Esq.<br>Lisowski Law Firm, Chtd.<br>1771 East Flamingo Road, Suite 115-B<br>Las Vegas, NV  89119 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.
YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | Courtroom #2, Third Floor<br>THE FOLEY FEDERAL BUILDING<br>300 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 | Date and Time | 10-25-04<br><br>1:30 |
|---|---|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

PATRICIA GRAY
Clerk, U.S. Bankruptcy Court

JUL 0 9 2004

By: Jamie Raby
Deputy Clerk

Date